Knox v. Hardin County Municipal Court, et al.      Case No. 3:25-cv-1174

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

WESTERN DIVISION

FILED

JUL 3 1 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

| | |
|---|---|
| ANDREW LEE EUGENE KNOX,<br><br>    Plaintiff,<br><br>vs.<br><br>HARDIN COUNTY MUNICIPAL COURT,<br>*et al.*,<br><br>    Defendants. | Case No. 3:25-cv-1174<br><br>Judge Knepp<br><br>Mag. Judge Clay |

**NOTICE OF FILING EXHIBITS S THROUGH U IN SUPPORT PLAINTIFF'S**

**OPPOSITION TO DEFENDANTS GRIMSLID MOTION TO DISMISS (Doc 24)**

Plaintiff Andrew Knox, proceeding pro se, hereby files Exhibits S through U in support of his forthcoming Opposition to Defendants' Motion to Dismiss.

These exhibits are relevant to the issues of sovereign immunity, the applicability of Section 504 of the Rehabilitation Act, and the presence of a continuing violation of federal law that warrants prospective relief under Ex parte Young. Specifically:

    i.    **Exhibit S** – Public Records from City Clerk, confirming that City of Kenton manages the municipal court building

Knox v. Hardin County Municipal Court, et al.            Case No. 3:25-cv-1174

    ii.    **Exhibit T** – Salary Records of Judge Gregory Grimslid - (Establishes that the Judge's salary is primarily funded by the City of Kenton and Hardin County, not the State of Ohio, relevant to Eleventh Amendment analysis.)

    iii.    **Exhibit U** – Documentation of Federal Funding Received by Hardin County and the City of Kenton - (Supports Plaintiff's claim that the judicial unit is covered by Section 504 due to federal financial assistance received by its administering entities.)

These materials further reinforce that the Hardin County Municipal Court is not entitled to Eleventh Amendment immunity and that Plaintiff's claims for prospective relief under federal law are proper and justiciable.

Respectfully submitted,

/s/ Andrew Knox
ANDREW KNOX
P.O. Box 344
Russells Point, Ohio 43348
knox.andrew19@gmail.com
Plaintiff, Pro Se

Dated: July 31, 2025

31