

Exhibit S-1

# Request Public Records

**Andrew Knox** <knox.andrew19@gmail.com>      Thu, Jun 26, 2025 at 1:56 PM
To: clerk@cityofkenton.com

Hello I am reaching out to City of Kenton audit department

I am writing to respectfully request information related to interpreter services provided at the Hardin County Municipal Court.

Specifically, I would like to know:

1. For any American Sign Language (ASL) interpreters provided at the Court from May 2025 to present, what funding source was used to pay for these services?

2. Were interpreter services requested through the Ohio Supreme Court Language Services Section or another state-level program?

3. Were any interpreter costs reimbursed or paid directly by the State of Ohio, or by a program that receives federal financial assistance?

4. If available, could you provide copies of any invoices, payment records, or reimbursement requests associated with ASL interpreter services?

This information is requested for documentation purposes. If needed, I am happy to submit this as a formal public records request under Ohio Revised Code § 149.43.

Please let me know if there's a preferred contact for these records, or if additional steps are required.

Thank you for your time and assistance.

---

**Emily Kissling** <ekissling@hardincomunict.com>      Tue, Jul 1, 2025 at 10:36 AM
To: "knox.andrew19@gmail.com" <knox.andrew19@gmail.com>

Good morning,

This is in response to your Public Record Request.

    1) The bill for the Interpreter was paid out of the Court's Special Projects Fund.
    2) We are contracted with Hallenross and Associates LLC.
    3) Attached is a copy of the invoice from Hallenross. Payment record would be available

through the City Auditor; they issue the check.

Exhibit S-2

Thank you.

Emily Kissling
Clerk
Hardin County Municipal Court
111 W Franklin St
Kenton, OH 43326
(419) 674-4362

---

**From:** Emma Nelson <eboutwell@cityofkenton.com>
**Sent:** Thursday, June 26, 2025 2:13 PM
**To:** Emily Kissling <ekissling@hardincomunict.com>; Andrew Tudor <andrewtudor@cityofkenton.com>
**Subject:** Fw: Request Public Records

---

**From:** Andrew Knox <knox.andrew19@gmail.com>
**Sent:** Thursday, June 26, 2025 1:56 PM
**To:** Emma Nelson <eboutwell@cityofkenton.com>
**Subject:** Request Public Records

You don't often get email from knox.andrew19@gmail.com. Learn why this is important

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and verify the content is safe.

cityofkenton.com



**hallenrossinvoice.tif**
2818K

---

**Andrew Knox** <knox.andrew19@gmail.com>                                                  Tue, Jul 1, 2025 at 11:36 AM
To: clerk@cityofkenton.com

Exhibit S-3

Hello City Auditor,

I'm reaching out to confirm a few details regarding services for Hardin County Municipal Court:

1. Does the City of Kenton receive any federal funding (such as ARPA, HUD, or other federal grants)?
2. Is the Municipal Court under the City's financial responsibility, especially for payments from the Special Projects Fund?
3. Is the Court's Special Projects Fund supported by any federal funds, either directly or indirectly?

---

**Andrew Knox** <knox.andrew19@gmail.com>  Wed, Jul 2, 2025 at 10:27 AM
To: Emily Kissling <ekissling@hardincomunict.com>

Hello Emily,

Thank you for sending the information. Is Court's Special Projects Fund allocated or supported by Hardin County or City of Kenton funds - what kind of funds? Please share public documents of the funds listed.

---

**Emily Kissling** <ekissling@hardincomunict.com>  Thu, Jul 3, 2025 at 1:09 PM
To: Andrew Knox <knox.andrew19@gmail.com>

The Court's special project fund is set up under Ohio Revised Code section 1901.26.

(B)(1)(a) The municipal court may determine that, for the efficient operation of the court, additional funds are necessary to acquire and pay for special projects of the court including, but not limited to, the acquisition of additional facilities or the rehabilitation of existing facilities, the acquisition of equipment, the hiring and training of staff, community service programs, mediation or dispute resolution services, the employment of magistrates, the training and education of judges, acting judges, and magistrates, and other related services. Upon that determination, the court by rule may charge a fee, in addition to all other court costs, on the filing of each criminal cause, civil action or proceeding, or judgment by confession.

Thank you.

Emily Kissling
Clerk
Hardin County Municipal Court
111 W Franklin St
Kenton, OH 43326
(419) 674-4362

---

**From:** Andrew Knox <knox.andrew19@gmail.com>
**Sent:** Wednesday, July 2, 2025 10:27 AM
**To:** Emily Kissling <ekissling@hardincomunict.com>
**Subject:** Re: Fw: Request Public Records

Exhibit S-4

**Andrew Knox** <knox.andrew19@gmail.com>  Thu, Jul 3, 2025 at 2:12 PM
To: Emily Kissling <ekissling@hardincomunict.com>

Thank you again for your earlier response regarding the interpreter invoice.

As a quick follow-up, could you please confirm whether the Special Projects Fund receives any outside contributions, reimbursements, or support from other departments or agencies beyond the court's own collected fees?

I appreciate your time and assistance.

---

**Emily Kissling** <ekissling@hardincomunict.com>  Thu, Jul 3, 2025 at 3:21 PM
To: Andrew Knox <knox.andrew19@gmail.com>

It does not. It is strictly from Court cases.

Emily Kissling
Clerk
Hardin County Municipal Court
111 W Franklin St
Kenton, OH 43326
(419) 674-4362

**From:** Andrew Knox <knox.andrew19@gmail.com>
**Sent:** Thursday, July 3, 2025 2:12 PM
**To:** Emily Kissling <ekissling@hardincomunict.com>

---

**Emma Nelson** <eboutwell@cityofkenton.com>  Tue, Jul 22, 2025 at 12:04 PM
To: Andrew Knox <knox.andrew19@gmail.com>

Mr. Knox

Thank you for reaching out with your questions regarding the Hardin County Municipal Court.

Please find the responses to your inquiries below:

1. **Federal Funding**: Yes, the City of Kenton receives federal funding, including ARPA funds and other federal grants.

2. **Financial Responsibility**: Yes, the Municipal Court is under the City's financial responsibility, including payments made from the Special Projects Fund.
3. **Special Projects Fund**: The Court's Special Projects Fund is not supported by federal funds. Monies in this fund are derived from fines paid to the court.

If you need any additional information or clarification, please don't hesitate to reach out.

**Emma Nelson** | Clerk

City of Kenton | clerk@cityofkenton.com

111 W. Franklin St., Kenton, OH 43326 | 419.674.4850 Ext. 0



---

**From:** Andrew Knox <knox.andrew19@gmail.com>
**Sent:** Tuesday, July 1, 2025 11:36 AM
**To:** Emma Nelson <eboutwell@cityofkenton.com>
**Subject:** Re: Request Public Records

You don't often get email from knox.andrew19@gmail.com. Learn why this is important

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and verify the content is safe.