2005 JAN 21 PM 3: 16

IN THE HARDIN COUNTY MUNICIPAL COURT, KENTON, OHIO

IN RE: DESIGNATION OF PRESIDING : ORDER AND ENTRY
AND ADMINISTRATIVE JUDGE
OF THE HARDIN COUNTY : JE# 290
MUNICIPAL COURT

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

    Effective January 21, 2005, in accordance with Ohio Revised Code Section 1901.09, Judge Gregory A. Grimslid, duly appointed and acting Judge of the Hardin County Municipal Court, is designated as both the Presiding and Administrative Judge of said Court, for all legal and administrative purposes. Such designation shall continue through December 31, 2005.

                                                  Judge Gregory A. Grimslid

Hardin County
Municipal Court
111 W. Franklin St.
P.O. Box 250
Kenton, Ohio 43326

I hereby certify the foregoing to be a true copy of the original _____ filed in this office.

_____
Deputy Clerk