EXHIBIT T-2

FILED
HARDIN COUNTY
COMMON PLEAS COURT

2005 JAN 13 AM 9: 16

LORI J. STEVENSON
CLERK



## In the name and by the Authority of
# THE STATE OF OHIO

# BOB TAFT
### Governor of said State

I HEREBY CERTIFY THE FOREGOING TO BE A TRUE COPY OF THE ORIGINAL FILED IN THIS OFFICE

HARDIN COUNTY CLERK

*To all to whom these Presents shall come, Greeting:*

*Know Ye, That Whereas* __GREGORY A. GRIMSLID__

of __HARDIN__ *County has been duly appointed to the office of*

__JUDGE OF THE HARDIN COUNTY MUNICIPAL COURT__

*Therefore, By virtue of the authority vested in the Governor by the Constitution, and in pursuance of a provision of the Statutes, I do hereby commission him, the said* __GREGORY A. GRIMSLID__, *to be*

__JUDGE OF THE HARDIN COUNTY MUNICIPAL COURT__

*, authorizing and empowering him to execute and discharge all and singular, the duties appertaining to said office, and to enjoy all the privileges and immunities thereof.*

*In Testimony Whereof, I have hereunto subscribed my name and caused the Great Seal of the State of Ohio to be affixed, at Columbus, this* __12TH__ *day of* __JANUARY__*, in the year of our Lord, two thousand and five.*



*Bob Taft*