Exhibit T-3

# STATE OF OHIO

# Executive Department

## OFFICE OF THE GOVERNOR

### *Columbus*

FILED

2005 JAN 21  PM 3: 02

_____ COUNTY
MUNICIPAL COURT
KENTON. OHIO

*I hereby certify the foregoing to be a true copy*
*of the original _____ filed in this office.*

_____
*Deputy Clerk*

I, Bob Taft, Governor of the State of Ohio, do hereby appoint Gregory A. Grimslid, Ada, Hardin County, as Judge of the Hardin County Municipal Court, for a term beginning January 21, 2005 and ending when duly elected, replacing William D. Hart, who resigned.



IN WITNESS WHEREOF, I have here unto subscribed my name and caused the great seal of the State of Ohio to be affixed, at Columbus, this 12th day of January, in the year of our Lord, two thousand and five.

*Bob Taft*

Bob Taft
Governor