Exhibit 1-4

I hereby certify the foregoing to be a true copy of the original Oath of Office filed in this office.

_____
Deputy Clerk

# OATH OF OFFICE

I, Gregory A. Grimslid, do solemnly swear that I will support the Constitution of the United States and the Constitution of the State of Ohio, and that I will administer justice without respect to persons, and faithfully and impartially discharge and perform all duties incumbent upon me as Judge of the Hardin County Municipal Court, to which I have been appointed, according to the best of my ability and understanding.

_____
Gregory A. Grimslid

**STATE OF OHIO**

**COUNTY OF** HARDIN 'ss:

Sworn to before me and subscribed in my presence this 21ST day of JANUARY, 2005.

_____
Notary Public

J. Michael Hood
Notary Public, State of Ohio
My Commission Has No Expiration Date
Section 147.03 R.C.