# Hardin County Municipal Court

111 W. FRANKLIN STREET
P.O. BOX 250
KENTON, OHIO 43326
PHONE (419) 674-4362
FAX (419) 674-4096

ELOIS A. CRAMER, CLERK

January 21, 2005

Memo To: Kenton City Auditor
  Hardin County Auditor

From: Gregory A. Grimslid, Judge, Hardin County Municipal Court

Re: Authorized Pay for Municipal Court Judge

      On January 21, 2005 Gregory A. Grimslid was appointed Judge of the Hardin County Municipal Court. Per the Supreme Court of Ohio the annual salary for 2005 for a part-time Municipal Court Judge is $60,950. The local share is $35,500. per year with the balance of the salary being paid by the Supreme Court of Ohio. As the presiding/administrative judge there is an additional compensation of $1,500.00.

      The annual salary is payable two-fifths by Hardin County and three-fifths by the City of Kenton. Therefore, the County's share being $14,800.00 and the City's share being $22,200.00 of the above salary.

      Thank you for your assistance in this matter.

*[handwritten calculations:]*
365 days ÷ $14800. = 40.54 day
345 days remaining in 2005
345 days × 40.54/day = 13986.30 ÷ 24 remaining pays = 582.76 per pay starting 2-4-05 P/E