Exhibit O - 1

HARDIN COUNTY

SCHEDULE OF EXPENDITURES OF FEDERAL AWARDS
FOR THE YEAR ENDED DECEMBER 31, 2023

| Federal Grantor<br>Pass Through Grantor<br>Program Title | Federal<br>AL<br>Number | Pass Through<br>Entity Identifying<br>Number | Passed Through<br>to<br>Subrecipents | Total<br>Federal<br>Expenditures |
|---|---|---|---|---|
| **U.S. DEPARTMENT OF AGRICULTURE** | | | | |
| *(Passed through Ohio Department of Job and Family Services)* | | | | |
| SNAP Cluster | | | | |
| State Administrative Matching Grants for the Supplemental Nutrition Assistance Program | 10.561 | G-2223-11-6935 | | $108,455 |
| State Administrative Matching Grants for the Supplemental Nutrition Assistance Program | 10.561 | G-2425-11-6144 | | 88,852 |
| Total SNAP Cluster | | | | 197,307 |
| Total U.S. Department of Agriculture | | | | 197,307 |
| | | | | |
| **U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT** | | | | |
| *(Passed through Ohio Department of Development)* | | | | |
| Community Development Block Grants/State's Program and Non-Entitlement Grants in Hawaii | 14.228 | B-F-21-1BD-1 | | 765,121 |
| Community Development Block Grants/State's Program and Non-Entitlement Grants in Hawaii | 14.228 | B-X-21-1BD-1 | | 442,395 |
| Community Development Block Grants/State's Program and Non-Entitlement Grants in Hawaii | 14.228 | B-X-21-1BD-2 | | 21,642 |
| Community Development Block Grants/State's Program and Non-Entitlement Grants in Hawaii | 14.228 | B-C-20-1BD-1 | | 67,915 |
| Total Community Development Block Grants/State's Program and Non-Entitlement Grants in Hawaii | | | | 1,297,073 |
| | | | | |
| Home Investment Partnerships Program | 14.239 | B-C-20-1BD-2 | | 204,582 |
| Total U.S. Department of Housing and Urban Development | | | | 1,501,655 |
| | | | | |
| **U.S. DEPARTMENT OF JUSTICE** | | | | |
| (Direct Program) | | | | |
| Comprehensive Opioid, Stimuulant, and Other Substances Use Program | 16.838 | N/A | | 79,707 |
| | | | | |
| (Passed through Ohio Department of Public Safety) | | | | |
| Edward Byrne Memorial Justice Assistance Grant Program | 16.738 | 2022-JG-A02-6246 | | 27,906 |
| Edward Byrne Memorial Justice Assistance Grant Program | 16.738 | 2022-JG-A01-6345 | | 36,039 |
| Total Edward Byrne Memorial Justice Assistance Grant Program | | | | 63,945 |
| Total United States Department of Justice | | | | 143,652 |
| | | | | |
| **U.S. DEPARTMENT OF EDUCATION** | | | | |
| *(Passed through Ohio Department of Education and Workforce)* | | | | |
| Special Education Cluster (IDEA): | | | | |
| Special Education_Grants to States | 84.027 | N/A | | 17,446 |
| Special Education_Preschool Grants | 84.173 | N/A | | 7,625 |
| Total Special Education Cluster (IDEA) | | | | 25,071 |
| | | | | |
| COVID-19 Education Stabilization Fund | | | | |
| American Rescue Plan Elementary and Secondary School Emergency Relief (ARP ESSER) Fund | 84.425U | N/A | | 215,436 |
| Governor's Emergency Education Relief (GEER I and II) Fund | 84.425C | N/A | | 4,927 |
| Total COVID-19 Education Stabilization Fund | | | | 220,363 |
| | | | | |
| *(Passed through Ohio Department of Developmental Disabilities)* | | | | |
| Special Education-Grants for Infants and Families | 84.181 | N/A | | 41,408 |
| COVID-19 Special Education-Grants for Infants and Families | 84.181X | N/A | | 21,109 |
| Total Special Education - Grants for Infants and Families | | | | 62,517 |
| | | | | |
| Total U.S. Department of Education | | | | 307,951 |
| | | | | |
| **U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES** | | | | |
| *(Passed through Ohio Department of Job and Family Services)* | | | | |
| | | | | |
| Temporary Assistance for Needy Families | 93.558 | G-2223-11-6935 | 16,065 | 506,825 |
| Temporary Assistance for Needy Families | 93.558 | G-2425-11-6144 | 22,086 | 774,336 |
| Temporary Assistance for Needy Families | 93.558 | G-2223-06-0201 | | 4,357 |
| Total Temporary Assistance for Needy Families | | | 38,151 | 1,285,518 |
| | | | | |
| Children's Health Insurance Program | 93.767 | G-2223-11-6935 | | 20,597 |
| Children's Health Insurance Program | 93.767 | G-2425-11-6144 | | 5,203 |
| Total Children's Health Insurance Program | | | | 25,800 |
| | | | | |
| Medicaid Cluster | | | | |
| Medical Assistance Program | 93.778 | G-2223-11-6935 | | 368,805 |
| Medical Assistance Program | 93.778 | G-2425-11-6144 | | 310,580 |
| Total Medicaid Cluster | | | | 679,385 |
| | | | | |
| Adoption Assistance | 93.659 | G-2223-11-6935 | | 38,449 |
| Adoption Assistance | 93.659 | G-2425-11-6144 | | 61,539 |
| Total Adoption Assistance | | | | 99,988 |
| | | | | |
| CCDF Cluster | | | | |
| Child Care and Development Block Grant | 93.575 | G-2223-11-6935 | 25,993 | 25,993 |
| Child Care and Development Block Grant | 93.575 | G-2425-11-6144 | 15,406 | 15,406 |
| Total CCDF Cluster | | | 41,399 | 41,399 |
| | | | | |
| Social Services Block Grant | 93.667 | G-2223-11-6935 | | 186,774 |
| Social Services Block Grant | 93.667 | G-2425-11-6144 | | 157,767 |
| | | | | |
| *(Passed through Ohio Department of Developmental Disabilities)* | | | | |
| Social Services Block Grant | 93.667 | 22010HSOSR | | 21,502 |
| Total Social Services Block Grant | | | | 366,043 |

(continued)

71

**HARDIN COUNTY**

**SCHEDULE OF EXPENDITURES OF FEDERAL AWARDS**
**FOR THE YEAR ENDED DECEMBER 31, 2023**

| Federal Grantor<br>Pass Through Grantor<br>Program Title | Federal<br>AL<br>Number | Pass Through<br>Entity Identifying<br>Number | Passed Through<br>to<br>Subrecipents | Total<br>Federal<br>Expenditures |
|---|---|---|---|---|
| *(Passed through Ohio Department of Job and Family Services)* | | | | |
| Elder Abuse Prevention Interventions Program | 93.747 | G-2223-11-6935 | | $32,919 |
| Elder Abuse Prevention Interventions Program | 93.747 | G-2425-11-6144 | | 40,923 |
| Total Elder Abuse Prevention Interventions Program | | | | 73,842 |
| MaryLee Allen Promoting Safe and Stable Families | 93.556 | G-2223-11-6935 | | 7,719 |
| MaryLee Allen Promoting Safe and Stable Families | 93.556 | G-2425-11-6144 | | 11,160 |
| Total MaryLee Allen Promoting Safe and Stable Families | | | | 18,879 |
| Stephanie Tubbs Jones Child Welfare Services Program | 93.645 | G-2223-11-6935 | | 2,859 |
| Stephanie Tubbs Jones Child Welfare Services Program | 93.645 | G-2425-11-6144 | | 5,821 |
| Total Stephanie Tubbs Jones Child Welfare Services Program | | | | 8,680 |
| Foster Care_Title IV-E | 93.658 | G-2223-11-6935 | | 231,928 |
| Foster Care_Title IV-E | 93.658 | G-2425-11-6144 | | 153,670 |
| Total Foster Care_Title IV-E | | | | 385,598 |
| Child Support Services | 93.563 | G-2223-11-6936 | | 315,203 |
| Total U.S. Department of Health and Human Services | | | 79,550 | 3,300,335 |
| **U.S. DEPARTMENT OF LABOR** | | | | |
| *(Passed through Ohio Department of Job and Family Services)* | | | | |
| WIOA Cluster: | | | | |
| WIOA Adult Program | 17.258 | G-2223-15-0046 | | 77,858 |
| WIOA Adult Program | 17.258 | G-2425-15-0177 | | 39,538 |
| Total WIOA Adult Program | | | | 117,396 |
| WIOA Youth Activities | 17.259 | G-2223-15-0046 | | 29,748 |
| WIOA Youth Activities | 17.259 | G-2425-15-0177 | | 37,758 |
| TotalWIOA Youth Activities | | | | 67,506 |
| WIOA Dislocated Worker Formula Grants | 17.278 | G-2223-15-0046 | | 2,520 |
| WIOA Dislocated Worker Formula Grants | 17.278 | G-2425-15-0177 | | 22,642 |
| Total WIOA Dislocated Worker Formula Grants | | | | 25,162 |
| Total WIOA Cluster | | | | 210,064 |
| Unemployment Insurance | 17.225 | G-2223-15-0046 | | 1,417 |
| Unemployment Insurance | 17.225 | G-2425-15-0177 | | 5,626 |
| Total Unemployment Insurance | | | | 7,043 |
| Total U.S. Department of Labor | | | | 217,107 |
| **U.S. ELECTIONS ASSISTANCE COMMISSION** | | | | |
| *(Passed through Ohio Secretary of State)* | | | | |
| 2018 HAVA Election Security Grants | 90.404 | N/A | | 137 |
| 2018 HAVA Election Security Grants | 90.404 | N/A | | 2,129 |
| Total U.S. Elections Assistance Commission | | | | 2,266 |
| **U.S DEPARTMENT OF TREASURY** | | | | |
| *(Direct Program)* | | | | |
| COVID-19 Coronavirus State and Local Fiscal Recovery Funds | 21.027 | N/A | | 945,590 |
| *(Passed through Ohio Department of Job and Family Services)* | | | | |
| COVID-19 Coronavirus State and Local Fiscal Recovery Funds | 21.027 | N/A | | 71,801 |
| Total Coronavirus State and Local Fiscal Recovery Funds | | | | 1,017,391 |
| Total U.S. Department of Treasury | | | | 1,017,391 |
| **U.S DEPARTMENT OF TRANSPORTATION** | | | | |
| *(Passed through Ohio Department of Transportation)* | | | | |
| Highway Planning and Construction (STW 2023 CEAO Safety Studies) | 20.205 | PID 117252 | | 65,430 |
| Highway Planning and Construction (HARD CR 150 3.40) | 20.205 | PID 117353 | | 749,563 |
| Total Highway Planning and Construction | | | | 814,993 |
| Total U.S. Department of Transportation | | | | 814,993 |
| **Total Expenditures of Federal Awards** | | | $79,550 | $7,502,657 |

*The accompanying notes are an integral part of this schedule*

72